IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TARVIS ORLANDO HUGULEY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JANE REDMOND,  )<br>  )<br>  Defendant.  )<br>  ) | CIVIL ACTION NO. 5:11-CV-156 (MTT) |

## ORDER

On August 31, 2011, this Court entered an Order directing the Plaintiff, who is proceeding pro se, to show cause on or before September 14, 2011, why his complaint should not be dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to serve the Defendant and for failure to comply with the orders of the Court.  (Doc. 10).  The Plaintiff did not respond to the Court's show cause order.  Pursuant to Rule 4(m), the Court, after notice to the Plaintiff, must dismiss the action without prejudice if the defendant is not served within 120 days after the complaint is filed, unless the plaintiff shows good cause for the failure or the court, in its discretion, extends the time for service without a showing of good cause.  Fed. R. Civ. P. 4(m).

The Plaintiff, having failed to respond to the Court's show cause order, has made no showing of good cause.  Moreover, due to this Plaintiff's failure to adequately respond to numerous other court orders, the Court sees no reason to further extend the time for service of process on the Defendant.  Accordingly, the Plaintiff's complaint is **dismissed without prejudice**.

**SO ORDERED,** this 31st day of October, 2011.

                                                <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT